MICHAEL DUNN
P.O. BOX 1468
LAYTONVILLE, CA
95454

CHAMBER COPY
FILED
SEP 25 PM 12:19
CLERK, U.S. DISTRICT COURT

IN U.S. DIST COURT — NORTHERN DIST CALIF

MICHAEL DUNN IN PROPER
Plaintiff

CASE NO: C07-04267 EMC

vs

STATE OF CALIFORNIA
Defendant

MOTION TO SKIP ADR, CASE MANAGEMENT ETC, AND RENDER JUDGEMENT; ORDER

AS DECLATORY JUDGEMENT IS TO BE DECIDED BY PLAIN LANGUAGE OF STATE LAW §11594 AND ITS APPLICATION TO A NON USER CONVICTION AND SUPERVISED RELEASE THE COURT HAS ALL IT NEEDS FROM PLAINTIFF TO MAKE A JUDGEMENT.

— LEAVING THE COURT NO REASON FOR OVERRIDING THE USUAL PRESUMPTION THAT THE PLAIN LANGUAGE OF A STATUTE CONTROLS ITS CONSTRUCTION.

FBI v ABRAMSON 456 US 615, 72 L Ed 376, 102 S Ct 2054

COPY TO STATE ATTORNEY GENERAL
SENT BY 1ST CLASS MAIL 9/23/07

PLAINTIFF AFFIRMS UNDER PENALTY OF PERJURY ALL ABOVE IS TRUE

Michael Dunn
9/23/07

IT IS SO ORDERED (DENIED)

[DENIED stamp - Judge Edward M. Chen]

EDWARD M. C[HEN]
9/28/07
Date