EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
JACK WOODSIDE, State Bar No. 189748
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5138
  Fax: (916) 324-8835
  Email: Jack.Woodside@doj.ca.gov

Attorneys for Defendant State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>                         Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>                       Defendant. | Case No: 3:07-CV-04267 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Courtroom:  C - 15th Floor.<br>Judge:        The Honorable<br>                  Edward M. Chen |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgement shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

/ / /

/ / /

/ / /

/ / /

/ / /

1  Dated: October 5, 2007

2                      Respectfully submitted,

3                      EDMUND G. BROWN JR.
                     Attorney General of the State of California

4                      CHRISTOPHER E. KRUEGER
                     Senior Assistant Attorney General

5  

6                      DOUGLAS J. WOODS
                     Supervising Deputy Attorney General

7                      /S/ Jack Woodside

8                      JACK WOODSIDE
                     Deputy Attorney General
9                      Attorneys for Defendant State of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  10383973.wpd

28  SA2007102569

**CONSENT TO PROCEED BEFORE A UNITED STATES**        Dunn, Michael v. State of California
**MAGISTRATE JUDGE**        3:07-CV-04267 EMC