EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
JACK WOODSIDE, State Bar No. 189748
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5138
 Fax: (916) 324-8835
 Email: Jack.Woodside@doj.ca.gov

Attorneys for Defendant State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL DUNN,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA,**<br><br>Defendant. | Case No: 3:07-CV-04267 EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing:     November 21, 2007<br>Time:        10:30 a.m.<br>Courtroom:  C - 15th Floor.<br>Judge:      The Honorable<br>             Edward M. Chen |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:    **Dunn, Michael v. State of California**
**United States District Court, Northern District of California**
**Case No.:  3:07-CV-04267 EMC**

I declare and certify:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 5, 2007, I served the attached **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRSTE JUDGE; by** placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Michael Dunn
P.O. Box 1468
Laytonville, CA  95454
*Plaintiff In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 5, 2007, at Sacramento, California.

| | |
|---|---|
| Christine A. McCartney | |
| Declarant | Signature |

10383891.wpd