EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
JACK WOODSIDE, State Bar No. 189748
Deputy General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5138
 Fax: (916) 324-8835
 Email: Jack.Woodside@doj.ca.gov

Attorneys for Defendant State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>STATE OF CALIFORNIA,<br><br>                                    Defendant. | Case No: 3:07-CV-04267 EMC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Hearing:          November 21, 2007<br>Time:             10:30 a.m.<br>Courtroom:     C - 15th Floor.<br>Judge:            The Honorable<br>                      Edward M. Chen |

**TO:      PLAINTIFF MICHAEL DUNN, APPEARING IN PRO PER:**

PLEASE TAKE NOTICE that on November 21, 2007 at 10:30 a.m., or as soon thereafter as the matter may be heard by this Court, located at the United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102-3483, before the Honorable Magistrate Judge Edward M. Chen, defendant State of California will move, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing this case without leave to amend, or in the alternative, pursuant to Rule 12(e) for a more definite statement.

/ / /

/ / /

NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM     Dunn, Michael v. State of California
OF POINTS AND AUTHORITIES IN SUPPORT THEREOF                       3:07-CV-04267 EMC

1

1      Defendant State of California moves to dismiss the complaint on the following

2  grounds: (1) this Court lacks jurisdiction over the subject matter because plaintiff does not have

3  standing to allege a "case or controversy" under Article III of the United States Constitution;

4  (2) this Court lacks jurisdiction because the Eleventh Amendment to the United States

5  Constitution grants defendant State of California sovereign immunity from suit in federal court;

6  and (3) the Complaint fails to state a claim upon which relief can be granted.

7      This motion is based upon this notice of motion and motion, the memorandum of

8  points and authorities, and the pleadings, orders, memoranda, exhibits and other documents

9  already on file in this action.

10 Dated:  October 5, 2007

11                                     Respectfully submitted,

12                                     EDMUND G. BROWN JR.
                                       Attorney General of the State of California

13                                     CHRISTOPHER E. KRUEGER
                                       Senior Assistant Attorney General
14
                                       DOUGLAS J. WOODS
15                                     Supervising Deputy Attorney General

16                                     /S/ Jack Woodside

17                                     JACK WOODSIDE
                                       Deputy Attorney General
18                                     Attorneys for Defendant State of California

19

20

21

22

23

24

25

26

27  10383252.wpd
    SA2007102569
28

**NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM**      Dunn, Michael v. State of California
**OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**                3:07-CV-04267 EMC