1
2
3
4
5
6
7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| **MICHAEL DUNN,** | Case No: 3:07-CV-04267 EMC |
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANT STATE OF CALIFORNIA'S MOTION TO DISMISS** |
| **v.** | |
| **STATE OF CALIFORNIA,** | |
| Defendant. | Hearing:       November 21, 2007<br>Time:          10:30 a.m.<br>Courtroom:   C - 15th Floor.<br>Judge:         The Honorable<br>                   Edward M. Chen |

18          This matter came before the court on November 21, 2007 for hearing on a motion to

19   dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) by defendant State of

20   California.  All parties were represented by counsel at the hearing and oral argument was heard.

21          Having considered all written materials submitted in connection with the motion, and

22   after hearing from the parties, the Court finds that it lacks jurisdiction over the subject matter of

23   the complaint because plaintiff lacks standing to bring his claims against the defendant State of

24   California.  Additionally, plaintiff's claims against the State of California are barred by Eleventh

25   Amendment immunity.  Finally, the complaint fails to state a viable claim upon which relief may

26   be granted.

27   / / /

28   / / /

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The State of California's motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6)

3  is granted; and

4          2.  The complaint is dismissed without leave to amend.

5

6  Dated: _____          _____

7                                                  The Honorable Edward M. Chen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS**          Dunn v. State of California
                                                              Case No. 3:07-CV-04267 EMC