1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  DOUGLAS J. WOODS
   Supervising Deputy Attorney General
4  JACK WOODSIDE, State Bar No. 189748
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 324-5138
7    Fax: (916) 324-8835
     Email: Jack.Woodside@doj.ca.gov
8
   Attorneys for Defendant State of California
9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  **MICHAEL DUNN,**                    Case No: 3:07-CV-04267 EMC

14                         Plaintiff,    **CERTIFICATE OF SERVICE**

15           v.                          Hearing:      November 21, 2007
                                         Time:         10:30 a.m.
16  **STATE OF CALIFORNIA,**             Courtroom:    C - 15th Floor.
                                         Judge:        The Honorable
17                         Defendant.                  Edward M. Chen

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**CERTIFICATE OF SERVICE**                Dunn, Michael v. State of California
                                          3:07-CV-04267 EMC

1

# CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:     **Dunn, Michael v. State of California**
**United States District Court, Northern District of California**
**Case No.:  3:07-CV-04267 EMC**

I declare and certify:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 5, 2007</u>, I served the attached **NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S MOTION TO DISMISS; [PROPOSED] ORDER ON DEFENDANT STATE OF CALIFORNIA'S MOTION TO DISMISS;** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Michael Dunn
P.O. Box 1468
Laytonville, CA  95454
*Plaintiff In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 5, 2007, at Sacramento, California.

|  |  |
|---|---|
| Christine A. McCartney | _(signature)_ |
| Declarant | Signature |

10383881.wpd