EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
JACK WOODSIDE, State Bar No. 189748
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5138
  Fax: (916) 324-8835
  Email: Jack.Woodside@doj.ca.gov

Attorneys for Defendant State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>                     Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>                     Defendant. | Case No: 3:07-CV-04267 EMC<br><br>**[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING SCHEDULED FOR NOVEMBER 28, 2007**<br><br>Hearing: November 28, 2007<br>Time: 1:30 p.m.<br>Courtroom: C-15th Fl.<br>Judge: The Honorable Edward M. Chen |

      The Court, having reviewed Defendant's Ex Parte Application to Continue the Case Management Conference, now scheduled for November 28, 2007, hereby orders that the Case Management Conference shall be continued to January 16, 2008, at 1:30 p.m.

///

///

///

///

///

[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE     Dunn, Michael v. State of California
CASE MANAGEMENT CONFERENCE HEARING ON 11/28/07                    3:07-CV-04267 EMC

1

Further, the Court orders the following case schedule:

| Date | Event | Governing Rule |
|---|---|---|
| 12/26/07 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
|  | • file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 1/9/08 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R. 16-9 |
| 1/17/08 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom C, 15th Floor, SF at 1:30 P.M. | Civil L.R. 16-10 |

Defendant, State of California is to provide Notice of Entry of Order to plaintiff Michael Dunn via U.S. Mail within five (5) days of this order being granted.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Edward M. Chen, Judge of the
United States District Court, Northern District
of California

10387669.wpd
SA2007102569

[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING ON 11/28/07

Dunn, Michael v. State of California
3:07-CV-04267 EMC

2