1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  DOUGLAS J. WOODS
   Supervising Deputy Attorney General
4  JACK WOODSIDE, State Bar No. 189748
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 324-5138
7    Fax: (916) 324-8835
     Email: Jack.Woodside@doj.ca.gov
8
   Attorneys for Defendant State of California
9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | MICHAEL DUNN,                  | Case No: 3:07-CV-04267 EMC
14 |                      Plaintiff,| CERTIFICATE OF SERVICE
15 | v.                             | Hearing:    November 21, 2007
   |                                | Time:       10:30 a.m.
16 | STATE OF CALIFORNIA,           | Courtroom:  C - 15th Floor.
   |                                | Judge:      The Honorable
17 |                      Defendant.|             Edward M. Chen

18

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CERTIFICATE OF SERVICE                               Dunn, Michael v. State of California
                                                             3:07-CV-04267 EMC
                                    1

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   **Dunn, Michael v. State of California**
  **United States District Court, Northern District of California,**
  **Case No: 3:07-CV-04267 EMC**

I declare and certify:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 25, 2007, I served the attached **DEFENDANT STATE OF CALIFORNIA'S REPLY TO PLAINTIFF'S OPPOSITION/REPLY TO MOTION TO DISMISS**; by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Michael Dunn
P.O. Box 1468
Laytonville, CA  95454

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 25, 2007, at Sacramento, California.

Christine A. McCartney
Declarant

Signature

10390092.wpd