1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  DOUGLAS J. WOODS
   Supervising Deputy Attorney General
4  JACK WOODSIDE, State Bar No. 189748
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 324-5138
7    Fax: (916) 324-8835
     Email: Jack.Woodside@doj.ca.gov
8
   Attorneys for Defendant State of California
9

10               IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| MICHAEL DUNN, | Case No: 3:07-CV-04267 EMC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING SCHEDULED FOR NOVEMBER 28, 2007 |
| v. | |
| STATE OF CALIFORNIA, | |
| Defendant. | Hearing: November 28, 2007<br>Time: 1:30 p.m.<br>Courtroom: C-15th Fl.<br>Judge: The Honorable Edward M. Chen |

21       The Court, having reviewed Defendant's Ex Parte Application to Continue the Case

22 Management Conference, now scheduled for November 28, 2007, hereby orders that the Case

23 Management Conference shall be continued to January 16, 2008, at 1:30 p.m.

24 ///
25 ///
26 ///
27 ///
28 ///

[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE        Dunn, Michael v. State of California
CASE MANAGEMENT CONFERENCE HEARING ON 11/28/07                            3:07-CV-04267 EMC
                                        1

1    Further, the Court orders the following case schedule:

| Date | Event | Governing Rule |
|---|---|---|
| 12/26/07 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
| | • file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 1/9/08 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R. 16-9 |
| ~~1/17/08~~<br>1/16/08 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom C, 15th Floor, SF at 1~~:30 P.M.~~ 10:30 a.m. | Civil L.R. 16-10 |

Defendant, State of California is to provide Notice of Entry of Order to plaintiff Michael Dunn via U.S. Mail within five (5) days of this order being granted.

**IT IS SO ORDERED.**

Dated: _____October 25, 2007_____

_____
The Honorable ~~Edward~~ ~~the~~
United States ~~District~~ ~~District~~
of California

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]*

10387669.wpd
SA2007102569

---

[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE          Dunn, Michael v. State of California
CASE MANAGEMENT CONFERENCE HEARING ON 11/28/07                3:07-CV-04267 EMC

2