1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  DOUGLAS J. WOODS
   Supervising Deputy Attorney General
4  JACK WOODSIDE, State Bar No. 189748
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 324-5138
7   Fax: (916) 324-8835
    Email: Jack.Woodside@doj.ca.gov
8
   Attorneys for Defendant State of California
9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | MICHAEL DUNN,                          | Case No: 3:07-CV-04267 EMC
14 |                            Plaintiff,  | NOTICE OF ENTRY OF ORDER ON
   |                                        | EX PARTE APPLICATION TO
15 |        v.                              | CONTINUE CASE MANAGEMENT
   |                                        | CONFERENCE HEARING
16 | STATE OF CALIFORNIA,                   |
   |                                        | Hearing:    January 16, 2008
17 |                           Defendant.   | Time:       10:30 a.m.
   |                                        | Courtroom:  C - 15th Floor.
18 |                                        | Judge:      The Honorable
   |                                        |             Edward M. Chen
19

20 TO:    PLAINTIFF MICHAEL DUNN, APPEARING IN PRO PER:

21        PLEASE TAKE NOTICE that on October 25, 2007, the Honorable Edward M. Chen

22 granted defendant State of California's Ex Parte Application to Continue Case Management

23 Conference Hearing Scheduled from November 25, 2007, to January 16, 2008 at 10:30 a.m.

24        A true and correct copy of the Order on Ex Parte Application to Continue Case

25 Management Conference Hearing Scheduled for November 28, 2007, is attached hereto as

26 Exhibit A.

27 ///

28 ///

1  Dated: October 26, 2007

2          Respectfully submitted,

3          EDMUND G. BROWN JR.
           Attorney General of the State of California

4          CHRISTOPHER E. KRUEGER
           Senior Assistant Attorney General
5
           DOUGLAS J. WOODS
6          Supervising Deputy Attorney General

7          /S/ Jack Woodside

8          JACK WOODSIDE
           Deputy Attorney General
9          Attorneys for Defendant State of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ENTRY OF ORDER ON DEFENDANT'S         Dunn, Michael v. State of California
EX PARTE APPLICATION TO CONTINUE CMC         3:07-CV-04267 EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  DOUGLAS J. WOODS
   Supervising Deputy Attorney General
4  JACK WOODSIDE, State Bar No. 189748
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 324-5138
7   Fax: (916) 324-8835
    Email: Jack.Woodside@doj.ca.gov
8
   Attorneys for Defendant State of California
9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| MICHAEL DUNN, | Case No: 3:07-CV-04267 EMC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING SCHEDULED FOR NOVEMBER 28, 2007 |
| v. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |
| | Hearing:   November 28, 2007 |
| | Time:      1:30 p.m. |
| | Courtroom: C-15th Fl. |
| | Judge:     The Honorable Edward M. Chen |

21  The Court, having reviewed Defendant's Ex Parte Application to Continue the Case
22  Management Conference, now scheduled for November 28, 2007, hereby orders that the Case
23  Management Conference shall be continued to January 16, 2008, at 1:30 p.m.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Further, the Court orders the following case schedule:

| Date | Event | Governing Rule |
|---|---|---|
| 12/26/07 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
| | • file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 1/9/08 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R. 16-9 |
| ~~1/17/08~~ 1/16/08 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom C, 15th Floor, SF at ~~1:30 P.M.~~ 10:30 a.m. | Civil L.R. 16-10 |

Defendant, State of California is to provide Notice of Entry of Order to plaintiff Michael Dunn via U.S. Mail within five (5) days of this order being granted.

**IT IS SO ORDERED.**

Dated: _____October 25, 2007_____

The Honorable [stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]
United States District [Court for the Northern District]
of California

10387669.wpd
SA2007102569

[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE    Dunn, Michael v. State of California
CASE MANAGEMENT CONFERENCE HEARING ON 11/28/07    3:07-CV-04267 EMC

2