# CIVIL MINUTES

**Magistrate Judge Edward M. Chen**          Juanita Gonzalez- Court Reporter
                                             FTR 11:11-11:26 (15 min)

Date: **November 21, 2007**

Case No: **C06-6007 EMC**

Case Name: **Michael Dunn v. State of California**
Plaintiff Attorney(s); In pro per
Defendant Attorney(s): Jack Woodside
Deputy Clerk: **Wings Hom**

| **Motions** | **RULING:** |

1. Deft's mo to dismiss
2.
3.
4.
5.
6.

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING: Pltf to submit w/in 14 days, showing that statue stops pltf w/o cause.  Deft to respond w/in 7 days.**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for days.
        [ ] Jury  [ ] Court


Notes:



cc: Betty