1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  DOUGLAS J. WOODS
   Supervising Deputy Attorney General
4  JACK WOODSIDE, State Bar No. 189748
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 324-5138
7    Fax: (916) 324-8835
     Email: Jack.Woodside@doj.ca.gov
8
   Attorneys for Defendant State of California
9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  MICHAEL DUNN, | Case No: 3:07-CV-04267 EMC |
| 14                          Plaintiff, | SUPPLEMENTAL REPLY TO PLAINTIFF'S SUPPLEMENTAL |
| 15  v. | OPPOSITION TO DEFENDANT STATE OF CALIFORNIA'S MOTION |
| 16  STATE OF CALIFORNIA, | TO DISMISS |
| 17                          Defendant. | Date:       November 21, 2007<br>Time:       10:30 a.m. |
| 18 | Courtroom: C - 15th Floor<br>Judge:      The Honorable |
| 19 | Edward M. Chen |

20      Defendant State of California ("State") submits this supplemental reply to its Motion to

21  Dismiss as requested by the Court at the hearing on November 21, 2007. At that hearing, the

22  Court invited plaintiff Michael Dunn ("Dunn") to submit a supplemental opposition that

23  provided support for his claim against the State; specifically, that California Health and Safety

24  Code section 11594 provides the State with authority to stop and search Dunn's vehicle without

25  probable cause. The Court provided Dunn two weeks to file further support.

26  / / /

27  / / /

28  / / /

As of the writing of this supplemental reply, Dunn has not filed anything with the Court. Dunn did, however, mail a blank copy of a document titled Notice of Narcotic Offender Registration Requirement - 11590 H & S, with an image of a Registration Receipt dated November 29, 2007. (Attached as Exhibit A.) It is unclear if Dunn intended to file this document with the Court and/or whether he believes that it supports his claim against the State. Nevertheless, a review of this document reveals nothing which would support his claim that California Health and Safety Code section 11594 provides the State with authority to stop and search his vehicle without probable cause.

Therefore, for all of the reasons set forth in its Motion to Dismiss, the State respectfully requests that the Court dismiss Dunn's entire Complaint without leave to amend.

Dated: December 12, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General

DOUGLAS J. WOODS
Supervising Deputy Attorney General

/S/ Jack Woodside

JACK WOODSIDE
Deputy Attorney General
Attorneys for Defendant State of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**DEF'S SUPP REPLY TO PLTF'S SUPP OPPOSITION
TO DEF'S MOTION TO DISMISS**                                      3:07-CV-04267 EMC

3

**State of California**
NOTICE OF NARCOTIC OFFENDER REGISTRATION REQUIREMENT – 11590 H & S
FORM SS-8048 (Rev. 1/04)

**Department of Justice**

**Sex Offender Tracking Program**
P.O. Box 903387, Sacramento, CA 94203-3870

# NOTICE OF NARCOTIC OFFENDER REGISTRATION REQUIREMENT – 11590 H & S

*Please type or print required information*     **(This is not the Registration form)**

| PERSONAL HISTORY INFORMATION | FULL NAME OF PERSON NOTIFIED | | Last | | First | | Middle |
|---|---|---|---|---|---|---|---|
| | DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR | SOCIAL SECURITY NUMBER |
| | DRIVER'S LICENSE NUMBER | | CII NUMBER (SID) | | FBI NUMBER | | INSTITUTION NUMBER |

| CONVICTION INFORMATION | ARRESTING AGENCY | DATE OF ARREST | PROSECUTING AGENCY | PROSECUTING AGENCY & CASE NUMBER |
|---|---|---|---|---|
| | REGISTRABLE CONVICTION | MISD ☐  FEL ☐ | DATE OF CONVICTION | DATE OF SCHEDULED DISCHARGE OR RELEASE | DATE PAROLE OR PROBATION EXPIRES |

**RELEASE INFORMATION**
ADDRESS WHERE PERSON NOTIFIED EXPECTS TO RESIDE UPON DISCHARGE, PAROLE, OR RELEASE (Full street address, city, and zip code)

NAME OF AGENCY SUPERVISING PAROLE OR PROBATION: U.S. Probation Office, Northern District of California
NAME OF SUPERVISING PAROLE OR PROBATION OFFICER
ADDRESS                                              TELEPHONE NUMBER

**NARCOTICS OFFENDER NOTIFICATION (11590 H & S)**

**NOTIFICATION STATEMENT**

I have been notified of my duty to register as a convicted narcotics offender pursuant to section 11590 of the California Health and Safety Code. I understand that:

- My responsibility to register as a narcotics offender shall terminate 5 years after my discharge from prison, release from jail, or expiration of parole or probation.
- I must register within 30 days of coming into any county or city, or city and county in which I am located or reside with the law enforcement agency having jurisdiction over my location or place of residence.
- I must, upon changing my location or place of residence, inform in writing within 10 days the law enforcement agency with which I last registered.
- If convicted in any other state court or any federal court, I am required to register under the provisions above.

SIGNATURE OF PERSON NOTIFIED                 DATE

(Rolled Right Thumbprint of Person Notified – If amputated, use next available finger.)

**STATEMENT OF NOTIFYING OFFICER**
NOTIFYING AGENCY    ADDRESS                  TELEPHONE NUMBER

I certify that I notified the individual described above of his or her duty to register under provisions of the applicable statute.

SIGNATURE OF NOTIFYING OFFICER           DATE OF NOTIFICATION

NAME AND TITLE OF NOTIFYING OFFICER   (PLEASE TYPE OR PRINT)

DISTRIBUTION: Original to DOJ; Copy to Law Enforcement Agency having jurisdiction over address; Copy to Notifying Officer; Copy to Person Notified (registrant); Copy to Prosecuting Agency

---

**STATE OF CALIFORNIA**
**REGISTRATION RECEIPT**

☐ Penal Code Section 290
☐ Penal Code Section 457.1
☒ Health and Safety Code Section 11590

CII Number: M04889809
OLN: N2116738

Name of Registrant: DUNN, MICHAEL ALLEN
Date of Birth: 6/4/1940
Residence Address: SPY ROCK RD. CARMA RD. LAYTONVILL 95454
Name of Registering Agency: MENDOCINO COUNTY SHERIFF'S OFFICE
Date of Annual Update: NONE
Date of Registration: 11/29/2007
Signature of Registering Officer/Badge Number
Signature of Registrant

OSP 05 90162

---

Handwritten annotations:

PROBLEMS!
1. I HAVE STATE MARIJUANA PHYSICIANS PRESCRIPTION AND CAN HAVE UP TO 2# SO STATE DOES NOT AUTOMATICALLY HAVE RIGHT TO MAKE ME REGISTER UNDER 11590 H+S WHERE ACTIVITY WAS LEGAL UNDER STATE LAW
2. I WAS NOT UNDER PROBATION AND OUT OF PRISON MAR 2000 SO I SHOULD NOT BE REGISTERED NOW.

← NOTE 11/02 FORM CHANGED NO LONGER PROVIDING FOR SEARCH AT ANY TIME