UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DUNN,                                           No. C-07-4267 EMC

        Plaintiff,

    v.                                                              **CLERK'S NOTICE**

STATE OF CALIFORNIA,

        Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the Case Management Conference scheduled for January 16, 2008 at 10:30 a.m. is reset for **March 19, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A joint Case Management Conference Statement shall be filed by March 12, 2008.

Dated: January 10, 2008

                                                  FOR THE COURT,

                                                  Richard W. Wieking, Clerk

                                                  by: _____

                                                        Betty Fong

                                                        Courtroom Deputy

*United States District Court*
*For the Northern District of California*