IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN, | No. CV07-4267 EMC |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |

**( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issued have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the ORDER RE PLAINTIFF'S FILING OF 1/22/08 dated January 23, 2008, Judgment is hereby entered against Plaintiff. The Court of the Clerk is directed to close this matter.

Dated: January 23, 2008                             Richard W. Wieking, Clerk

By: Betty Fong
Deputy Clerk